**Order entered April 14, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01255-CR

**TIMOTHY JAMES FRYAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 063988**

## ORDER

The Court **GRANTS** appellant's April 13, 2015 request for an extension of time to file his pro se response to the *Anders* brief only to the extent that the pro se response is due by **MONDAY, MAY 18, 2015**. No further extensions will be granted. If the pro se response is not received by the date specified, the appeal will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Timothy Fryar, TDCJ No. 961774, Moore Unit, 1700 North F.M. 87, Bonham, Texas 75418.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     ADA BROWN
JUSTICE